IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 17 2016

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

JAMES HEFLIN and VITA JANE GOODMAN
as Personal Representative for the ESTATE
OF JEREMY MOORE, DECEASED                                              PLAINTIFFS

v.                                              3:16-cv-00084 JM/JTR

MICHAEL ARMOUR, ARMOUR FARMS,
JOHN DOE #1, JOHN DOE #2 and
JOHN DOE #3                                                             DEFENDANTS

This case assigned to District Judge __Moody__
and to Magistrate Judge __Ray__

**NOTICE OF REMOVAL**

Defendant, Michael Armour d/b/a Armour Farms, files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and states:

1. Plaintiffs filed their Complaint in the Circuit Court of Craighead County, Arkansas on February 16, 2016. **Exhibit A.**

2. Plaintiffs served Michael Armour d/b/a Armour Farms with a copy of the Summons and Complaint on February 22, 2016 and again on February 25, 2016. **Exhibit B.**

3. Defendant has timely filed this Notice of Removal within thirty (30) days of the date he was served with the Complaint pursuant to 28 U.S.C. § 1446(b).

4. Plaintiffs' Complaint asserts negligence claims against defendant related to a motor vehicle accident.

5. Defendant has timely answered plaintiffs' Complaint and further joined in plaintiffs' request for a jury trial in his initial responsive pleading. **Exhibit C.**

6. According to the Complaint, plaintiff, James Heflin, is a citizen of Arkansas; decedent Jeremy Moore was a citizen of Arkansas, Vita Jane Goodman, as Personal

Representative for the Estate of Jeremy Moore, deceased, is a citizen of Arkansas; Michael Armour d/b/a Armour Farms is a citizen of Missouri.

7. This is a civil action between citizens of different states; plaintiffs' Complaint seeks unliquidated compensatory damages in a sum which exceeds the jurisdictional amount required for federal diversity jurisdiction.

8. This Court, therefore, has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332; hence, removal of this action to federal court is allowed pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, this Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332, as amended, and Michael Armour d/b/a Armour Farms has properly removed this action to this Court from the Circuit Court of Craighead County, Arkansas; therefore, all state court proceedings are halted.

Respectfully submitted,

Paul D. Waddell (87179)
Samuel T. Waddell (2014204)
WADDELL, COLE & JONES, PLLC
P.O. Box 1700
Jonesboro, AR 72403
(870) 931-1700
pwaddell@wcjfirm.com

By: _____
Attorneys for Defendant,
Michael Armour d/b/a Armour Farms