## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAMES HEFLIN et al.                                            PLAINTIFFS

v.                          NO. 3:16cv00084 JM

MICHAEL ARMOUR et al.                                          DEFENDANTS

### ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for October 10, 2017, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 2nd day of October, 2017.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE