IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES HEFLIN et al.                                                         PLAINTIFFS

v.                            CASE NO. 3:16-CV-00084 JM

MICHAEL ARMOUR et al.                                                       DEFENDANTS

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that this case has been settled and therefore should be dismissed with prejudice.

Respectfully submitted,

Bobby McDaniel (72083)
McDANIEL LAW FIRM, PLC
400 South Main
Jonesboro, AR 72401
(870) 336-4747
bobby@mcdaniellawyers.com


By: /s/ Bobby McDaniel
    Attorneys for Plaintiff


Paul D. Waddell (87179)
Samuel T. Waddell (2014204)
WADDELL, COLE & JONES, PLLC
P.O. Box 1700
Jonesboro, AR 72403
(870) 931-1700
pwaddell@wcjfirm.com
swaddell@wcjfirm.com

By: /s/ Paul D. Waddell
    Attorneys for Defendants,
    Michael Armour d/b/a Armour Farms