IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES HEFLIN, ET AL,                                          PLAINTIFFS

V.                      3:16CV00084 JM

MICHAEL ARMOUR, ET AL,                                        DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal, the parties have settled this action.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Clerk is directed to close the case.

Dated this 26th day of February, 2018.

_____
James M. Moody Jr.
United States District Judge